**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 15, 2014.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-14-00487-CV**

---

**IN RE J.P., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2002-09674**

---

## MEMORANDUM OPINION

On June 24, 2014, relator J.P filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court of Harris County, to vacate her October 15, 2013

temporary orders, appointing real parties in interest sole managing conservators of the child and relator possessory conservator.

Relator has not shown his entitlement to relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.

2